ORIGINAL

FILED

07/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0589

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 19-0589

STATE Of MONTANA

    Plaintiff and Appellee,

v.

CLARENCE REDMOND LOGUE JR.,

    Defendant and Appellant.

FILED

JUL 01 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

On June 19, 2020, this matter was sent to the Court for classification. On June 25, 2020, self-represented Appellant Clarence Redmond Logue Jr. filed a "Motion to Admit Relevant Evidence of Official Record – Proof Logue Was Sentenced in DC-17-339-B In Violation of His Right to Due Process of Law." Along with his motion is a copy of a June 11, 2020 Order and Findings and Recommendation of U.S. Magistrate Judge, issued in the United States District Court, District of Montana, Missoula Division. The U.S. District Court granted Logue relief on one monetary claim in his motion for summary judgment.

This Court may take judicial notice of other court proceedings, and here, we take judicial notice of the U.S. District Court's recent Order. M. R. Evid. 202. Therefore,

IT IS ORDERED that the U.S. District Court's Order and Findings and Recommendation of U.S. Magistrate Judge, issued June 11, 2020, and attached to Logue's Motion shall be FILED as a separate docket entry, as Notice – Incoming – Other, and as of this Order's date.

The Clerk shall provide a copy of this Order to counsel of record and to Clarence Redmond Logue Jr.

DATED this 1st day of July, 2020.

For the Court,

By_____

Chief Justice